**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DONNA JARVIS,                        :
                                         :

v.                                     :        CASE NO.: 7:19-CV-151 (WLS)
                                         :

C. R. BARD INCORPORATED, *et al.*,   :
                                         :

        Defendants.              :
_____:

## <u>ORDER</u>

On June 17, 2022, Counsel for the Defendants in the above-styled action filed a status report with the Court. (Doc. 38.) Therein, Counsel explained that they had received word that Plaintiff Donna Jarvis died on January 21, 2021. (*Id.* at 2.) Based on Plaintiff's death, Counsel requests that this Court stay the case until a representative of Plaintiff's estate and new counsel appears and to continue the pretrial conference scheduled for July 6, 2022. (*Id.*) This case is currently under a stay of discovery based on the Parties previous indication that settlement negotiations were underway. (Doc. 35.) In a previous status report filed by Plaintiff's then Counsel, an impasse had halted discussions and that Plaintiff had retained new counsel. (Doc. 36.) However, to date, no new counsel has made an appearance on behalf of Plaintiff Jarvis.

Considering this recent development, the Court makes the following findings. The Court agrees that this case be stayed until a representative of Plaintiff Jarvis' estate has retained new counsel and said counsel appears on the record. However, the Court shall not permit this case to proceed under a stay indefinitely. Thus, it is **ORDERED** that this case is **STAYED** for a period of sixty (60) days, or **until Friday, August 26, 2022** to allow Counsel

for the Plaintiff's estate, if any, or counsel for the Plaintiff's personal representative to appear on the record. All Parties are hereby **ORDERED** to file a status report for this case on the record **no later than Friday, August 26, 2022** to inform the Court as to state of proceedings and negotiations. It is also **ORDERED** that this case is continued from the August 2022 Trial Term. The pretrial conference scheduled for July 6, 2022 at 3:00pm in the Albany Division of this Court is hereby **CANCELLED**.

  **SO ORDERED,** this 27th day of June 2022.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**